**STANDARD INSURANCE COMPANY, an Oregon corporation, Plaintiff—Appellee,**

v.

**Jerome W. SAKLAD, Defendant—Appellant.**

No. 02–56397.

D.C. No. CV–93–05472–MMM.

United States Court of Appeals, Ninth Circuit.

Argued and submitted Oct. 9, 2003.

Decided Oct. 15, 2003.

Peter R. Afrasiabi, Esq., Turner, Green, Afrasiabi & Arledge LLP, Costa Mesa, CA, for Plaintiff–Appellee.

---

7. *Singh*, 134 F.3d at 966.

8. *Id.*

Paul S. Sigelman, Esq., Paul Sigelman Law Firm, Beverly Hills, CA, for Defendant–Appellant.

Before BRUNETTI, T.G. NELSON, and SILVERMAN, Circuit Judges.

### ORDER *

The district court did not abuse its discretion in denying appellant's motion for attorneys' fees.

AFFIRMED.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

